**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Palm Beach Division**

| | |
|---|---|
| DIMOR AEROSPACE, INC., | Case No. 24-cv-80884-MD |
| Plaintiff, | |
| -against- | |
| SVEN LEPSCHY, | |
| Defendant. | |

## DEFENDANT'S SUGGESTION OF BANKRUPTCY

Defendant, SVEN LEPSCHY, by and through his undersigned counsel, hereby files this notice that a Chapter 11 Bankruptcy petition was filed in the U.S. Bankruptcy Court, Southern District of Florida on August 10, 2025 under case number 25-19229-EPK. Pursuant to 11 U.S.C. 362, an automatic stay may be in effect, in which any pending proceedings may be stayed pursuant to the statutory authority, subject to any exceptions set forth therein.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing has been furnished to the counsel of record via the Court's E-filing system and via First Class Mail to: Brito, PLLC, abrito@britopllc.com at 2121 Ponce de Leon Boulevard, Suite 650, Miami, FL 33134; Tarter, Krinsky & Drogin, LLP, jtemchin@tarterkrinsky.com, 1350 Broadway, New York, NY 10018; on this 11th day of August 2025.

KELLEY KAPLAN & ELLER, PLLC
Attorneys for Lepschy
1665 Palm Beach Lakes Blvd., Suite 1000

West Palm Beach, FL  33401
Telephone: (561) 491-1200

*/s/ Charles Craig Eller*
Charles Craig Eller
Fla. Bar No. 767816
Primary Email: celler@kelleylawoffice.com
Secondary Email: service@kelleylawoffice.com